United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **KRAIG HILL**, <br> Defendant. | Case No. 13-cr-00787-YGR-1 <br><br> **ORDER RE: STATUS CONFERENCE** <br> Re: Dkt. No. 85 |

Pursuant to the stipulation of the parties (Dkt. No. 85), the status conference set for June 11, 2015 is hereby **VACATED**. The parties shall file a joint request, within thirty (30) days after the resolution of the appeal in question, for the setting of another status conference.

This Order terminates Docket Number 85.

**IT IS SO ORDERED.**

Dated: June 3, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**